DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

DAVID LAND WHIGHAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3258

—————————————————

December 27, 2023

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Rachael E. Reese and Olivia M. Goodman of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and LaROSE, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.